**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00243-BNB

KENT FRENCH,

      Plaintiff,

v.

ARTHUR GALLEGOS,

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 6 2009

GREGORY C. LANGHAM
CLERK

---

**AMENDED ORDER**
**DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

The Order entered by the Court on February 5, 2009, is amended as follows:

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   _X_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing required financial information
(5)   ___    is missing an original signature by the prisoner
(6)   ___    is not on proper form (must use the court's current form)
(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___    An original and a copy have not been received by the court. Only an original has been received.
(9)   ___    other:_____

**Complaint, Petition or Application**:

(10)   ___    is not submitted
(11)   ___    is not on proper form (must use the court's current form)
(12)   ___    is missing an original signature by the prisoner
(13)   _X_    is missing page nos. _7_
(14)   ___    uses et al. instead of listing all parties in caption
(15)   ___    An original and a copy have not been received by the court. Only an original has been received.
(16)   ___    Sufficient copies to serve each defendant/respondent have not been

received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of

this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 6, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


## CERTIFICATE OF MAILING


Civil Action No. 09-cv-00243-BNB

Kent French
Prisoner No. P10592
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on _2/6/09_

GREGORY C. LANGHAM, CLERK

By: _____
                   Deputy Clerk